918

for failure to prosecute in accordance with the rules.

DENVER MATTRESS CO., LLC, Appellant,

v.

TEMPUR–PEDIC INTERNATIONAL, INC., Tempur–Pedic Management, Inc., and Dan Foam Aps, Appellees.

No. 2010–1349.
Opposition No. 91169165.

United States Court of Appeals, Federal Circuit.

March 8, 2011.

Amy L. Vandamme, Ariana G. Voigt, Katrina G. Hull, Michael Best & Friedrich, LLP, Milwaukee, WI, for Appellees.

David E. Sipiora, Kilpatrick Townsend & Stockton LLP, Ryan D. Phillips, Miranda Martinez, Townsend and Townsend and Crew LLP, Denver, CO, for Appellant.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

James D. DILLARD, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2011–7055.

United States Court of Appeals, Federal Circuit.

March 9, 2011.

James D. Dillard, Bluefield, WV, pro se.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.